UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROBERT MICHAEL AVENDT,

    Petitioner,                                Case No. 2:21-CV-10685
                                               HONORABLE NANCY G. EDMUNDS

v.

BRYAN MORRISON,

    Respondent.

_____/

## JUDGMENT

The above-entitled matter having come before the Court on a Petition for a Writ of Habeas Corpus, and in accordance with the Memorandum Opinion and Order entered on December 4, 2023:

(1) The Petition for Writ of Habeas Corpus is DISMISSED WITH PREJUDICE.

(2) A Certificate of Appealability is DENIED.

(3) Petitioner is denied leave to proceed *in forma pauperis.*

Dated at Detroit, Michigan, this 4th, day of December, 2023.

                                                             KINIKIA ESSIX
                                                             CLERK OF THE COURT

APPROVED:

                                                      BY: s/ L. Bartlett
                                                                DEPUTY CLERK

s/ Nancy G. Edmunds
NANCY G. EDMUNDS
UNITED STATES DISTRICT JUDGE